AO 106A (EDVA Version) (03/20) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
The Real property and Premises at 313 South Royal ) Case No. 1:26sw54
Alexandria, VA )
)
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The real property and premises at 313 South Royal Street, Alexandria, VA, as described in Attachment A to the attached Affidavit

located in the _____Eastern_____ District of _____Virginia_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to attached affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- [✓] evidence of a crime;
- [✓] contraband, fruits of crime, or other items illegally possessed;
- [ ] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18, U.S. Code, § 793 | unlawful retention and distribution of classified and national defense information |

The application is based on these facts:

See Attached Affidavit

- [ ] Continued on the attached sheet.
- [ ] Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Reviewed by AUSA/SAUSA
Gordon D. Kromberg
Printed name and title

Matthew T. Johnson, FBI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____
*(specify reliable electronic means)*.

Date: January 13, 2026

_____
Judge's signature

City and state: Alexandria, Virginia

William B. Porter, United States Magistrate Judge
Printed name and title