IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE REAL PROPERTY AND PREMISES AT 313 SOUTH ROYAL STREET, ALEXANDRIA, VIRGINIA | Case No.   1:26sw 54 |

ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the affidavit in support of the search warrant; and

The COURT, having considered the government's submissions, including the facts presented by the government to justify sealing; having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the affidavit in support of the search warrant be sealed until January 13, 2028.

Date: January 13, 2026
Alexandria, Virginia

William B. Porter
United States Magistrate Judge