UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of the Search of the Real Property and Premises, Alexandria, VA

Case No. 1:26-sw-54

## DECLARATION OF BRETT A. ROBERSON

I, Brett A. Roberson, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am a Director at AlixPartners, LLP, a global business consulting firm, where I have been a senior member of the digital forensics investigation team since 2007. AlixPartners has been engaged by Williams & Connolly to provide digital forensic services in conjunction with this matter.

3. I am familiar with the facts in this declaration, from either personal knowledge or from documents that have been provided to me. Insofar as they are within my own knowledge, the facts and matters in this declaration are true to the best of my own knowledge and belief and, if called upon to testify, I would testify competently thereto.

4. I began my digital forensics career in 2005 with Deloitte's computer forensic investigations practice group, and since that time have been providing federal, state, local, and tribal courts and governments, along with companies around the world, with digital forensics and

1

related investigative services. I earned a Bachelor's degree in Business Administration and International Studies from Abilene Christian University, in Abilene, Texas. I hold and have held several digital forensic and technology certifications including the Certified Information Systems Security Professional (CISSP) and OpenText's EnCase® Certified Examiner (EnCE), for which I am currently in process of recertifying.

5. A copy of my curriculum vitae is provided at the end of this declaration as <u>Attachment 01</u>.

## Slack Description

6. Slack is a widely used workplace communication platform and service that offers access via desktop applications, web browsers, and mobile devices. The desktop application is available for the Windows, macOS, and Linux operating systems.

7. In the normal course of operation, the Slack desktop application stores user data locally on the device where it is installed. Based on my professional experience and through forensic analyses of Slack installations, the desktop application typically stores data in predictable, discoverable locations on the local file system and contains:

   a. SQLite databases containing message history, channel information, and user data;

   b. Cache files containing downloaded files, images, and other attachments;

   c. Log files recording application activity and user actions;

   d. And IndexedDB and Local Storage data containing application state and user preferences.

8. The data stored by the Slack desktop application is not encrypted at rest by default on the local file system. It is stored in standard database formats (primarily SQLite) and file system structures that are readily accessible using standard forensic tools and techniques.

9. In my professional opinion, this data storage behavior occurs automatically in the normal course of the application's operation, without any special configuration or user action required. Users do not need to take affirmative steps to cause this data to be stored locally; it is the default behavior of the application.

10. Standard digital forensic methodologies can be applied to extract, preserve, and analyze this locally stored data in a forensically sound manner, maintaining chain of custody and data integrity.

11. The locally stored data may include messages, files, and other communications that were transmitted through the Slack platform during the period the application was in use on the subject device.

12. I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed this  20th  day of January 2026.

_____

Brett A. Roberson

3