# EXHIBIT D

# UNITED STATES DISTRICT COURT
for the
District of Maryland

SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: The Washington Post
Attention: John B. Kennedy, General Counsel & Labor
1301 K Street NW
Washington, DC 20071

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court, Baltimore<br>101 W. Lombard Street, 8th floor<br>Baltimore, MD 21201 | Date and Time: Wednesday<br>January 28, 2026<br>9:00 AM |
|---|---|

**YOU MUST** also bring with you the following documents, electronically stored information, or objects (blank if not applicable):
See Attached.

In lieu of personal appearance, you may comply with this subpoena by submitting the requested information to the person named on the Attachment.

Date: January 14, 2026

*Catherine M. Stavlas*
Signature of Clerk or Deputy Clerk

The name, address, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

Kelly O. Hayes, United States Attorney/Michael Hanlon, Assistant United States Attorney
36 S. Charles Street, 4th Floor Baltimore, MD 21201
410-209-4800

# ATTACHMENT

The Washington Post
1301 K Street NW
Washington, D.C. 20071
Attention: John B. Kennedy, General Counsel & Labor

Please provide the following records and information, for the time period October 1, 2025, to the present, regarding Aurelio Luis Perez-Lugones ("Perez-Lugones") in the custody and control of The Washington Post:

a.  Records of communications between any Washington Post employee and Perez-Lugones, including but not limited to voice, electronic mail, voicemail, text message, and encrypted application communications, in whatever form; and

b.  All records received by the Washington Post from Perez-Lugones, including but not limited to any documents marked classified, and any notes taken from documents marked classified.

Provide the responses and direct any questions to:

Special Agent Matthew Johnson
Federal Bureau of Investigation
601 4th Street NW, Washington D.C. 20535
Telephone: 202-278-2000

# CERTIFICATION UNDER FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)

I HEREBY CERTIFY that I, _____, am the Custodian of Records for _____ (NAME OF BUSINESS*)[1]. I further certify that:

1. The attached record, consisting of _____ pages, is a true and correct copy / original record of _____ (NAME OF BUSINESS), hereafter "the business", which is maintained by me or under my supervision;

2. It is the regular practice of the business to make and maintain such records;

3. The records were made at or near the time of the occurrence(s) reflected thereon;

4. The records were made by a person or persons with knowledge, or from information transmitted by a person with knowledge of the matters contained thereon.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  _____
               Date                                Signature

                                                         _____
                                                          Name (Typed or Printed)

                                                          _____
                                                          Title

---

[1] The term "business" includes business, institution, association, profession, occupation and calling of every kind, whether or not conducted for profit.