# EXHIBIT E

| From: | Latcovich, Simon |
|---|---|
| To: | Michael.Hanlon@usdoj.gov |
| Cc: | Romero, Tobin; Gamse, Nicholas |
| Subject: | RE: Washington Post / Natanson |
| Date: | Wednesday, January 14, 2026 6:56:09 PM |

Michael,

Tried to reach today, but sorry we did not connect. We would like to discuss a review protocol for the documents seized today pursuant to a search warrant given that they contain materials protected by the attorney-client privilege and the First Amendment. Please don't begin a review process until we have had a chance to confer. We are happy to do so at your convenience.

Best regards,
Simon

**Simon Latcovich**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC  20024
202-434-5967 | vcard| www.wc.com/slatcovich

---

**From:** Latcovich, Simon <SLatcovich@wc.com>
**Sent:** Wednesday, January 14, 2026 4:14 PM
**To:** Michael.Hanlon@usdoj.gov
**Subject:** Washington Post / Natanson

Michael,

Good afternoon. I just left you a voicemail. Could you please give me a call about the Washington Post matter? Thanks.

Best regards,
Simon

**Simon Latcovich**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC  20024
202-434-5967 | vcard| www.wc.com/slatcovich