UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America<br><br>v.<br><br>313 South Royal Street, Alexandria, VA | Case No. 1:26-sw-54<br><br>**ORAL ARGUMENT REQUESTED** |

## MOTION FOR STANDSTILL ORDER
## AND EXPEDITED BRIEFING AND HEARING ON
## MOVANTS' MOTION TO INTERVENE AND FOR RETURN OF PROPERTY

Movants WP Company LLC d/b/a The Washington Post and Hannah Natanson, by their undersigned counsel, request a standstill order to preserve the status quo and an expedited schedule for briefing and hearing on the Motion To Intervene and for Return of Property under Federal Rule of Criminal Procedure 41(g) mandating the return of property seized pursuant to a warrant executed at the above-captioned address on January 14, 2026.

For the reasons stated in the accompanying memorandum, Movants have demonstrated unusual circumstances that necessitate expedited consideration of their motion.

Dated: January 21, 2026

Respectfully submitted,

/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)
Sean M. Douglass (VSB No. 83835)
Thomas G. Hentoff (*pro hac vice* forthcoming)
Tobin J. Romero (*pro hac vice* forthcoming)
Nicholas G. Gamse (*pro hac vice* forthcoming)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000

Facsimile: (202) 480-8371
slatcovich@wc.com
sdouglass@wc.com
thentoff@wc.com
tromero@wc.com
ngamse@wc.com

*Counsel for Movant The Washington Post*

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
Trisha Anderson (*pro hac vice* forthcoming)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Movant Hannah Natanson*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 21, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Virginia, using the electronic case filing system of the court.

/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)

*Counsel for The Washington Post*