UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America<br><br>v.<br><br>313 South Royal Street, Alexandria, VA | Case No. 1:26-sw-54 |

**[PROPOSED] ORDER GRANTING MOTION FOR STANDSTILL ORDER AND EXPEDITED BRIEFING AND HEARING**

This matter is before the Court pursuant to Movants WP Company LLC d/b/a The Washington Post's and Hannah Natanson's Motion for Standstill Order and Expedited Briefing and Hearing on their Motion To Intervene and for Return of Property under Federal Rule of Criminal Procedure 41(g) ("Motion for Standstill Order and Expedited Briefing"), filed January 20, 2026. Upon consideration of the arguments presented, and for good cause shown, it is **ORDERED** that the Motion for Standstill Order and Expedited Briefing is **GRANTED** as follows:

1. The government shall not commence the review of any seized materials and shall refrain from any such review pending a ruling from this Court on Movants' Motion To Intervene and for Return of Property, during which time the parties' rights, claims, and defenses are preserved; and

2. The parties shall comply with the Court's forthcoming expedited schedule for briefing and hearing on Movants' Motion To Intervene and for Return of Property.

The Clerk is **REQUESTED** to deliver electronically a copy of this Order to all counsel of record.

It is so **ORDERED**.

                                                                                          _____

                                                                                           UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia  
Date: January \_\_, 2026