# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>v.                                                      )      Case No. 1:26-sw-54<br>                                                          )<br>313 South Royal Street, Alexandria, VA  )<br>                                                          ) | |

## ORDER

Non-party Movants WP Company LLC d/b/a The Washington Post and Hannah Nathanson (collectively, "Movants") filed a Motion to Intervene and for Return of Property ("Motion to Intervene"; ECF No. 8) asking for the return of property that law enforcement seized pursuant to a warrant executed at 313 South Royal Street, Alexandria, Virginia (the "Property"). Along with the Motion to Intervene, Movants filed a Motion for Standstill Order and Expedited Briefing and Hearing ("Motion for Standstill Order"; ECF No. 10) seeking to maintain the status quo and an expedited schedule for briefing and hearing on the Motion to Intervene. While the government has not had an opportunity to respond to either the Motion to Intervene or the Motion for Standstill Order, Movants have demonstrated good cause in their filings to maintain the status quo until such time as the government can respond to the motions and the Court can more fully address them. Accordingly, the Court ORDERS as follows:

1. The Court GRANTS the Motion for a Standstill Order.

2. The government must preserve but must not review any of the materials that law enforcement seized pursuant to search warrants the Court issued under case numbers 1:26-sw-52 (auto), 1:26-sw-53 (person), or 1:26-sw-54 (residence) until the Court authorizes review of the materials by further order.

3. The government must respond to the Motion to Intervene by 5:00 p.m. on January 28, 2026. Movants may file a reply in support of the Motion to Intervene by 5:00 p.m. on February 2, 2026. The Court SCHEDULES oral argument on the Motion to Intervene at 2:00 p.m. on February 6, 2026.

4. The Clerk must deliver an electronic copy of this Order to all counsel of record.

Entered this 21st day of January 2026
at 2:10 p.m.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia