IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of the Search of the Real Property and Premises at 313 South Royal Street, Alexandria, VA | Case No. 1:26-sw-00054 |

**HANNAH NATANSON'S MOTION TO AMEND CASE CAPTION**

Hannah Natanson respectfully requests that the Court enter an order amending the case caption in this matter to "In the Matter of the Search of the Real Property and Premises of Hannah Natanson." As set forth in the accompanying memorandum of law, the case caption should be amended to protect Natanson's privacy interests. The other parties do not oppose the requested relief and the parties have agreed to submit this motion without oral argument.

A proposed order granting Natanson the requested relief is attached to this motion.

Dated: January 21, 2026

Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
Trisha Anderson (*pro hac vice*)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Hannah Natanson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January 2026, I electronically filed the foregoing motion to amend case caption with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com

*Counsel for Hannah Natanson*