**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| In the Matter of the Search of the Real Property and Premises at 313 South Royal Street, Alexandria, VA | Case No. 1:26-sw-00054 |

**MEMORANDUM OF LAW IN SUPPORT OF HANNAH NATANSON'S**
<u>**MOTION TO AMEND CASE CAPTION**</u>

Amy Jeffress (VSB No. 36060)
Trisha Anderson (*pro hac vice*)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Hannah Natanson*

1.      Hannah Natanson moves for an order amending the case caption so that it reads, "In the Matter of the Search of the Real Property and Premises of Hannah Natanson."

2.      The case caption in this matter contains Natanson's home address.

3.      The proposed amendment will protect Natanson's privacy interests by removing her home address from the case caption on PACER and future filings in this matter.  Good cause therefore exists to amend the case caption.

4.      The removal of Natanson's home address from the case caption will not prejudice any party to this matter.

5.      Undersigned counsel contacted the other parties regarding this motion, and the other parties do not oppose the requested relief.

6.      The Court has the authority to order the requested relief.  *See, e.g.*, *Perry-Bey v. United States Dep't of Def.*, 2023 WL 10450438, at *6 (E.D. Va. Mar. 16, 2023) (granting motion to amend case caption).

7.      For the foregoing reasons, Natanson respectfully requests that the Court grant this motion and enter the attached proposed order.

Dated: January 21, 2026                           Respectfully submitted,

/s/ Amy Jeffress_____
Amy Jeffress (VSB No. 36060)
Trisha Anderson (*pro hac vice*)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Hannah Natanson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of January 2026, I electronically filed the foregoing memorandum of law with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com

*Counsel for Hannah Natanson*