UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE SEARCH OF THE REAL PROPERTY & PREMISES AT 313 SOUTH ROYAL STREET ALEXANDRIA, VA | Case No. 1:26-sw-00054 |

ORDER

Upon consideration of the Motion for Leave to File Amicus Curiae Brief of the Reporters Committee for Freedom of the Press in Support of The Washington Post's and Hannah Natanson's Motion to Intervene and for Return of Property, it is hereby

ORDERED as follows:

1. The Motion for Leave is GRANTED; and further,

2. The proposed Brief of Amicus Curiae the Reporters Committee for Freedom of the Press be and is filed in the above-captioned action.

SO ORDERED this 22nd day of January, 2026.

_____
HON. WILLIAM B. PORTER
United States Magistrate Judge