UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of the Search of the Real Property and Premises of Hannah Natanson | Case No. 1:26-sw-54 |

**CONSENT MOTION FOR ENTRY OF A MODIFIED SCHEDULING ORDER**

PURSUANT TO Fed. R. Civ. P. 16(b)(4), WP Company LLC d/b/a The Washington Post moves for entry of a modified scheduling order on the following grounds:

1. On January 21, 2026, this Court entered an order (ECF No. 18) requiring the United States to respond to The Washington Post and Hannah Natanson's (collectively, "Movants") Motion To Intervene and for Return of Property ("Motion to Intervene") by January 28, 2026 and Movants to file any reply by February 2, 2026, and scheduling oral argument for February 6, 2026.

2. On January 23, 2026, counsel for The Washington Post, Hannah Natanson, and the United States conferred and agreed to request that all deadlines be extended by one (1) business day due to a scheduling conflict on February 6.

3. The Parties now move the Court to modify in part the Order dated January 21, 2026 as it relates to establishing a briefing and hearing schedule for Movants' Motion to Intervene and, to the extent it is acceptable to the Court, enter the attached Proposed Modified Scheduling Order in its place (*nunc pro tunc* to January 21, 2026, the date on which the Scheduling Order was entered).

4. All Parties consent to the relief sought in this motion.

**The Parties do not seek oral argument on this motion.**

Dated: January 23, 2026

Respectfully submitted,

/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)
Sean M. Douglass (VSB No. 83835)
Thomas G. Hentoff (*pro hac vice*)
Tobin J. Romero (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 480-8371
slatcovich@wc.com
sdouglass@wc.com
thentoff@wc.com
tromero@wc.com
ngamse@wc.com

*Counsel for Movant The Washington Post*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Virginia, using the electronic case filing system of the court.

/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)

*Counsel for The Washington Post*