IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> THE REAL PROPERTY AND PREMISES ) <br> OF HANNAH NATANSON ) <br> ) | Case No. 1:26-sw-54 |

## ORDER

Non-party Movant WP Company LLC d/b/a The Washington Post filed a Consent Motion for Entry of a Modified Scheduling Order ("Motion"; ECF No. 31) requesting an extension of the briefing and argument schedule on the Motion to Intervene and for Return of Property ("Motion to Intervene") due to a scheduling conflict on February 6, 2026. The government and Hannah Natanson consent to the requested relief.

Although The Washington Post requests only a one-business-day extension, the proposed modified schedule pushes oral argument on the Motion to Intervene into the Court's criminal duty week, during which the Court has scheduled and will schedule multiple matters. The Washington Post has established good cause, the other parties consent, and the extension will allow the Court sufficient time to prepare for and address the issues the Motion to Intervene raises. Accordingly, the Court GRANTS the Motion and modifies the briefing and hearing schedule as follows:

1.  The government must respond to the Motion to Intervene by 5:00 p.m. on January 30, 2026. The Washington Post and Ms. Natanson may file a reply in support of the Motion to Intervene by 5:00 p.m. on February 6, 2026. The Court SCHEDULES oral argument on the Motion to Intervene at 2:00 p.m. on February 20, 2026.

2.  The Clerk must deliver an electronic copy of this Order to all counsel of record.

Entered this 24th day of January 2026

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia