UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In the Matter of the Search of the Real Property and Premises of Hannah Natanson, | No. 26-sw-54-WBP |

## NOTICE OF LODGING OF CLASSIFIED MATERIAL IN SUPPORT OF UNITED STATES OF AMERICA'S OPPOSITION

The United States of America hereby provides notice that, on January 30, 2026, undersigned counsel caused classified material to be lodged for secure storage with the United States Department of Justice Litigation Security Group. The classified material, which will be made available to the Court by a Classified Information Security Officer for review *ex parte*, *in camera*, is submitted in support of Defendants' Opposition to the Motion to Intervene and for Return of Property in the above-captioned matter and will provide the Court with further support for the arguments of the United States.

Dated: January 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOHN A. EISENBERG
Assistant Attorney General
National Security Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Assistant Director
Civil Division, Federal Programs Branch

CHRISTIAN DIBBLEE

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for the United States of America*