IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

IN THE MATTER OF SEARCHES )     Case No.     1:26sw 52
RELATED TO HANNAH NATANSON )                   1:26sw 53
                                    )                   1:26sw 54

## ORDER TO UNSEAL

WHEREAS, on January 13, 2026, and to protect an ongoing investigation, this Court sealed the common affidavit that supported the applications for the warrants in the above-captioned matters;

WHERAS, the United States has now moved to unseal virtually all of that common affidavit on the grounds that the investigation has progressed such that sealing is no longer necessary to protect that investigation; and

WHEREAS, there is no longer any compelling government interest in sealing the entire common affidavit in this case;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that the redacted common affidavit submitted by the United States as Exhibit 2 to its Motion to Unseal in the above-captioned matters be and hereby is unsealed.

Date:   January 30, 2026
Alexandria, Virginia

William B Porter
United States Magistrate Judge