UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of the Search of the Real Property and Premises of Hannah Natanson | Case No. 1:26-sw-54-WBP |

**DECLARATION OF HANNAH NATANSON IN SUPPORT OF
<u>REPLY MEMORANDUM OF LAW</u>**

I, Hannah Natanson, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. Following the government's seizure of my materials on January 14, 2026, I created a new account on Signal.

3. Because of the government's seizure of my devices, I am not able to access any contacts from the Signal account that I previously used.

4. I am not aware of any function within Signal that would allow me to transfer contacts from my old account to my new account.

5. I do not have access to any communications from my old Signal account.

6. My inability to access contacts or communications from my old Signal account has prevented me from communicating with my sources. I cannot contact them because I no longer have access to my old Signal account or the contacts on that account.

7. The only way I can communicate with my sources is if they proactively choose to reach out to my new account.

8. Being cut off from communicating with my sources has impeded my ability to do my job as a reporter.

9. I have not published an article with original or new reporting since January 9, 2026.

10. Regarding the government's assertion that I "misrepresented" that my devices could not be unlocked with biometrics, Opp. 18, my regular practice for my devices is to unlock them with passwords, not biometrics, for security reasons and personal preference.

11. When FBI agents asked me to use biometrics to log in to a laptop, I did not expect that a biometric login would unlock the device because the laptop's fingerprint reader previously did not work for me and my regular practice was to use passwords.

12. When FBI agents asked me to use my finger to log in to the laptop, I willingly pressed the correct digit to the device, though I did not expect it was going to work.

13. I was surprised when my finger unlocked the device.

I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed this 6TH day of February 2026.

*Hannah Natanson*

Hannah Natanson