# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:26-SW-54 |
| ) | |
| 313 SOUTH ROYAL STREET, ) | |
| ALEXANDRIA, VA ) | |
| ) | |
| Defendant. ) | |

## ORDER

The hearing set for Friday, February 20, 2026, at 2:00 p.m. will be held in Courtroom 900.

Entered this 19th day of February 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia