**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Trisha Anderson**

Electronic Device(s): **iPad**
**iPhone**

Purpose and Location Of Use: Alexandria Courtroom 900 - Document Access During Oral Argument

Case No.: **1:26-sw-00054-WBP**

Date(s) Authorized: **20 Feb 2026**

IT Clearance Waived: __X__ (Yes) _____ (No)

APPROVED BY:

/s/
William B. Porter
United States Magistrate Judge
United States District/Magistrate/Bankruptcy Judge

Date: February 19, 2026

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____  _____
                    IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

53