IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | ) | |
|---|---|---|
| In the Matter of the Search of the Real | ) | No. 1:26-sw-00054-WBP |
| Property and Premises of Hannah Natanson | ) | |
| | ) | |

NOTICE OF EX PARTE FILING

The United States has this day filed on an *ex parte* basis an unredacted copy of the Filter Team Procedures with Respect to Search Warrant Executed on January 14, 2026 for Digital Devices, Electronic Storage Media, and Cellphones of Hannah Natanson," that was attached in redacted form to the Motion to Seal filed in hard copy form on February 20, 2026.

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

_____/s_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA   22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                                                            _____/s_____
                                                                            Gordon D. Kromberg
                                                                            Assistant United States Attorney