# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  **Amy Jeffress**
_____

_____

_____

Electronic Device(s):  **iPad**
_____

**iPhone**
_____

_____

Purpose and Location Of Use:  Alexandria Courtroom 400 - Document Access During Oral Argument
_____

Case No.:  **1:26-sw-00054-WBP**
_____

Date(s) Authorized:  **4 March 2026**
_____

IT Clearance Waived:  _____(Yes)        _____(No)

APPROVED BY:

Date:_____    _____
                              United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
                       IT Staff Member                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**