### Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Trisha Anderson**

_____

_____

Electronic Device(s): **iPad**

**iPhone**

_____

Purpose and Location Of Use: Alexandria Courtroom 400 - Document Access During Oral Argument

Case No.: **1:26-sw-00054-WBP**

Date(s) Authorized: **4 March 2026**

IT Clearance Waived: _____(Yes)        _____(No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____    _____
IT Staff Member                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**