**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> THE REAL PROPERTY AND ) <br> PREMISES OF HANNAH NATANSON ) | Case No. 1:26-sw-00054 (WBP) |

## ORDER

On March 4, 2026, the Court held a status conference. (ECF No. 70.) Consistent with the Court's discussion with counsel, the Court ORDERS the parties to file supplemental briefing on or before March 18, 2026.

Entered this 4th day of March 2026.

Alexandria, Virginia

William B. Porter
United States Magistrate Judge