UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

In the Matter of the Search of the Real Property and Premises of Hannah Natanson,

No. 1:26-sw-00054-WBP

## NOTICE OF OBJECTIONS TO THE MAGISTRATE JUDGE'S OPINION AND ORDER

The United States of America, by counsel, hereby notifies the Court that it has filed objections to ECF No. 62, the Magistrate Judge's Memorandum Opinion and Order. *See* ECF No. 74. The United Sates respectfully requests assignment of those objections to a district court judge for resolution.

Dated: March 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOHN A. EISENBERG
Assistant Attorney General
National Security Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Assistant Branch Director
Civil Division, Federal Programs Branch

CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Tel: (202) 514-1944
Email: Joseph.Borson@usdoj.gov

*Counsel for the United States*