IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE REAL PROPERTY AND PREMISES OF HANNAH NATANSON | ) ) ) ) ) ) ) ) 1:26-sw-00054 (WBP-AJT) |

## **ORDER**

Before the Court are the Government's Objections to Magistrate Judge's Opinion and Order [Doc. No. 75], (the "Objections"), upon consideration of which it is hereby

**ORDERED** that interested parties the WP Companies and Hannah Natanson provide any response to the Objections by March 18, 2026 at 5:00 p.m.

The Clerk is directed to send copies of this Order to all counsel of record.

Alexandria, Virginia
March 12, 2026

Anthony J. Trenga
Senior United States District Judge