IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> THE REAL PROPERTY AND ) <br> PREMISES OF HANNAH NATANSON, ) | Case No. 1:26-sw-00054 (WBP) |

## ORDER

The Government filed a Consent Motion for Extension of Time to File Supplemental Briefs ("Motion"; ECF No. 78) asking for a one-week extension to allow counsel for all parties additional time to answer the Court's March 4, 2026, questions. In support of the Motion, the Government states that Movants consent to the requested relief. (*Id*. at 1.) Accordingly, the Court ORDERS as follows:

1. The Court GRANTS the Motion. (ECF No. 78.)

2. The Government and Movants must file a supplemental brief on or before March 25, 2026.

Entered this 16th day of March 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia