IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF THE REAL PROPERTY AND PREMISES OF HANNAH NATANSON | ) ) ) ) ) ) ) ) | 1:26-sw-00054 (WBP-AJT) |

### ORDER

Before the Court is Movant The Washington Post's Consent Motion for a Modified Scheduling Order, [Doc. No. 77] (the "Motion"), upon consideration of which it is hereby

**ORDERED** that the Motion is GRANTED and Movants shall respond to the Government's Objections by March 25, 2026 at 5:00 p.m.

The Clerk is directed to send copies of this Order to all counsel of record.

Alexandria, Virginia
March 16, 2026

Anthony J. Trenga
Senior United States District Judge