**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of the Search of the Real Property
and Premises of Hannah Natanson

Case No. 1:26-sw-54-WBP

## NOTICE OF FILING OF MOTION TO SEAL PURSUANT TO LOCAL RULE 49(E)

WP Company LLC d/b/a The Washington Post and Hannah Natanson have this day filed The Washington Post's and Hannah Natanson's Motion to Seal portions of the document titled "The Washington Post's and Hannah Natanson's Response to Objections to Magistrate Judge Porter's Order on Motion for Return of Property," Non-Confidential Memorandum in support thereof, and Proposed Order, pursuant to Local Criminal Rule 49(E) of the United States District Court for the Eastern District of Virginia.

Dated: March 25, 2026

Respectfully submitted,

/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)
Sean M. Douglass (VSB No. 83835)
Thomas G. Hentoff (*pro hac vice*)
Tobin J. Romero (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 480-8371
slatcovich@wc.com
sdouglass@wc.com
thentoff@wc.com
tromero@wc.com
ngamse@wc.com

*Counsel for Movant The Washington Post*

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
Trisha Anderson (*pro hac vice*)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Movant Hannah Natanson*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Virginia, using the electronic case filing system of the court.

/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)

*Counsel for The Washington Post*