**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

---

In the Matter of the Search of the Real Property
and Premises of Hannah Natanson

Case No. 1:26-sw-54-WBP

---

**THE WASHINGTON POST'S AND HANNAH NATANSON'S**
**NON-CONFIDENTIAL MEMORANDUM**
**ACCOMPANYING MOTION FOR AN ORDER PROVIDING PROSPECTIVELY FOR**
**FILING DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULE 49(E)**

Pursuant to Local Criminal Rule 49(E) for the United States District Court for the Eastern District of Virginia, WP Company LLC d/b/a The Washington Post ("The Post") and Hannah Natanson ask for an Order sealing the document titled "The Washington Post's and Hannah Natanson's Supplemental Brief," submitted under seal contemporaneously with this pleading.

**I.      Items to be Sealed and Necessity for Sealing**

The sealed document references information from the document titled "Declaration of Simon A. Latcovich," filed ex parte by The Post and Natanson on February 6, 2026.  The Post and Natanson filed that document ex parte because it discussed proposed procedures for reviewing materials protected by privilege.  Sealing is necessary as to this document for the same reasons.

**II.     Previous Court Decisions Which Concern Sealing Documents**

The Court has the inherent power to seal materials submitted to it.  *See In re Knight Publ'g Co.*, 743 F.2d 231, 235 (4th Cir. 1984) ("The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests.").

**III.    Period of Time to Have the Documents Under Seal**

The document to be filed under seal should remain sealed in perpetuity because of the privileges implicated.

WHEREFORE, The Washington Post and Hannah Natanson request that an Order be entered allowing the document titled "The Washington Post's and Hannah Natanson's Supplemental Brief" to be placed Under Seal.

Dated: March 25, 2026

Respectfully submitted,

/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)
Sean M. Douglass (VSB No. 83835)
Thomas G. Hentoff (*pro hac vice*)
Tobin J. Romero (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 480-8371
slatcovich@wc.com
sdouglass@wc.com
thentoff@wc.com
tromero@wc.com
ngamse@wc.com

*Counsel for Movant The Washington Post*

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
Trisha Anderson (*pro hac vice*)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Movant Hannah Natanson*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Virginia, using the electronic case filing system of the court.

/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)

*Counsel for The Washington Post*