IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN THE MATTER OF THE SEARCH OF | ) | 1:26-sw-00054 (WBP-AJT) |
| THE REAL PROPERTY AND PREMISES | ) | |
| OF HANNAH NATANSON | ) | |
| | ) | |

**ORDER**

It is hereby

**ORDERED** the Court will hold a hearing on the Government's Objections to the

Magistrate Judge's Opinion and Order [Doc. No. 75] on April 9, 2026 at 10:00 a.m. in Courtroom

900.

The Clerk is directed to send copies of this Order to all counsel of record.

Alexandria, Virginia
April 1, 2026

Anthony J. Trenga
Senior United States District Judge