# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

IN THE MATTER OF THE SEARCH OF )
THE REAL PROPERTY AND PREMISES )     Case No. 1:26-sw-00054
OF HANNAH NATANSON )
                                    )

## ORDER

The Court, on its own initiative, sets a status conference for April 9, 2026, at 11:00 a.m. or as soon thereafter as the parties have completed their hearing with the Honorable Anthony J. Trenga. Counsel for the parties must be prepared to discuss their supplemental filings and the Court's review of documents seized from Ms. Natanson.

Entered this 1st day of April 2026

                                                  _____

                                                  William B. Porter

Alexandria, Virginia                             United States Magistrate Judge