**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  Alex Haas, Director of Federal Programs
_____

_____

_____

Electronic Device(s):  _____

iPhone (personal)
_____

iPhone (work)
_____

Purpose and Location Of Use:  _____

Case No.:  1:26-sw-54
_____

Date(s) Authorized:  April 9, 2026
_____

IT Clearance Waived:  _____(Yes)        _____(No)

APPROVED BY:

Date:_____        _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:  _____    _____
IT Staff Member                                      Date(s)

**IT clearance must be completed, unless waived, before court appearance.**