**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of the Search of the Real Property and Premises of Hannah Natanson | Case No. 1:26-sw-00054-WBP-AJT |

**HANNAH NATANSON'S MOTION TO AMEND CASE CAPTION**

Hannah Natanson respectfully requests that the Court enter an order amending the Defendant's name in this case to "The Real Property and Premises of Hannah Natanson" and directing the Clerk of Court to modify existing docket entries to reflect this change.  As set forth in the accompanying memorandum of law, the Defendant's name should be amended to protect Natanson's privacy interests.  The other parties do not oppose the requested relief and the parties have agreed to submit this motion without oral argument.

A proposed order granting Natanson the requested relief is attached to this motion.

Dated: April 16, 2026                                    Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
Trisha Anderson (*pro hac vice*)
HECKER FINK LLP
1050 K Street NW, 10th Floor
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Hannah Natanson*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April 2026, I electronically filed the foregoing motion to amend case caption with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
HECKER FINK LLP
1050 K Street NW, 10th Floor
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com

*Counsel for Hannah Natanson*