**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In the Matter of the Search of the Real Property and Premises of Hannah Natanson, | No. 1:26-sw-00054-WBP |

**MOTION TO SEAL PURSUANT TO LOCAL RULE 49(E)**

The United States submits this Motion to Seal pursuant to Local Criminal rule 49(E) of the United States District Court for the Eastern District of Virginia and asks for the sealing of the document titled United States' Weekly Status Report Regarding Magistrate Judge Search of Information on Seized Devices.   The United States' Non-Confidential Memorandum Accompanying Motion for an Order Providing Prospectively for Filing Documents Under Seal and Proposed Order are publicly filed contemporaneously with this motion.

The document titled United States' Weekly Status Report Regarding Magistrate Judge Search of Information on Seized Devices is submitted under seal pursuant to Local Rule 49(E), which provides that the document is to be treated as sealed pending the outcome of this motion.

Dated: May 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOHN A. EISENBERG
Assistant Attorney General
National Security Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Assistant Branch Director
Civil Division, Federal Programs Branch

CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-1944
Email: Joseph.Borson@usdoj.gov

*Counsel for the United States*