**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| In the Matter of the Search of the Real Property and Premises of Hannah Natanson | Case No. 1:26-sw-54-WBP |

**THE WASHINGTON POST'S AND HANNAH NATANSON'S**
**NON-CONFIDENTIAL MEMORANDUM**
**ACCOMPANYING MOTION FOR AN ORDER PROVIDING PROSPECTIVELY FOR**
**FILING DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 49(E)**

Pursuant to Local Criminal Rule 49(E) for the United States District Court for the Eastern District of Virginia, WP Company LLC d/b/a The Washington Post and Hannah Natanson ask for an Order sealing the document titled "The Washington Post's and Hannah Natanson's Response to the United States' May 29, 2026 Weekly Status Report," submitted under seal contemporaneously with this pleading.

**I.      Items to be Sealed and Necessity for Sealing**

The sealed document references the document titled "United States' Weekly Status Report Regarding Magistrate Judge Search of Information on Seized Devices," filed under seal by the United States on May 29, 2026. The United States filed that document under seal because it contains information regarding devices and investigatory tactics for searching devices for classified and/or national defense information, as well as information that would threaten the privacy of the individual from whom the devices were seized. Sealing is necessary as to the document referencing this information for the same reasons. The Post and Ms. Natanson take no position as to the necessity of sealing beyond what the government has already asserted.

**II.      Previous Court Decisions Which Concern Sealing Documents**

The Court has the inherent power to seal materials submitted to it.  *See In re Knight Publ'g Co.*, 743 F.2d 231, 235 (4th Cir. 1984) ("The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests.").

**III.     Period of Time to Have the Documents Under Seal**

The document to be filed under seal should remain sealed in perpetuity or, in the alternative, so long as the document titled "United States' Weekly Status Report Regarding Magistrate Judge Search of Information on Seized Devices" remains sealed.

WHEREFORE, The Washington Post and Hannah Natanson request that an Order be entered allowing the document titled "The Washington Post's and Hannah Natanson's Response to the United States' May 29, 2026 Weekly Status Report" to be placed Under Seal.

Dated: June 5, 2026

Respectfully submitted,

/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)
Sean M. Douglass (VSB No. 83835)
Thomas G. Hentoff (*pro hac vice*)
Tobin J. Romero (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 480-8371
slatcovich@wc.com
sdouglass@wc.com
thentoff@wc.com
tromero@wc.com
ngamse@wc.com

*Counsel for Movant The Washington Post*

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
Trisha Anderson (*pro hac vice*)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Movant Hannah Natanson*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I electronically filed the foregoing document with the

Clerk of Court for the U.S. District Court, Eastern District of Virginia, using the electronic case

filing system of the court.

/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)

*Counsel for The Washington Post*