**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

IN THE MATTER OF THE SEARCH OF     )
THE REAL PROPERTY AND PREMISES     )          Case No. 1:26-sw-00054 (WBP/AJT)
OF HANNAH NATANSON                 )

**ORDER**

On June 5, 2026, the United States of America ("Government") filed its eighth status report, as the Court ordered. ("Status Report," ECF No. 148.) In the Status Report, the Government described the steps required to process Hannah Natanson's running watch ("Running Watch"). Having reviewed the Status Report, and having received no objection from Movants, the Court GRANTS the Government's request to allow the Filter Team (rather than CART) to manually process the Running Watch as described in the Status Report.

The Status Report also provided revised hit counts for the modified search terms. The Court has questions about these counts. Accordingly, the Court ORDERS the Government to contact the undersigned's chambers to schedule an *ex parte* telephone call before June 19, 2026.

Entered this 9th day of June 2026

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia