| Date: 06/12/2026 | Time: 12:00p - 12:15p |
|---|---|

| Judge: William B. Porter | Case #: 1:26-SW-54 |
|---|---|
| Tape: FTR/400 | Court Reporter: N/A |

Case: In the Matter of the Search of the Real Property and Premises of Hannah Natanson

Hearing: Status Conference

Appearance of counsel for:

Plaintiff: David Courchaine, Tanner Kroger

Defendant:

Motion to/for:

Ruling on Motion(s):

☐ Granted
☐ Denied
☐ Granted in Part/Denied in Part
☐ Taken under advisement
☐ Continued for further review

☐ Report and Recommendation to follow
☐ Order(s) to follow