**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF<br>THE REAL PROPERTY AND PREMISES<br>OF HANNAH NATANSON | )<br>)<br>)<br>) | Case No. 1:26-sw-00054 (WBP/AJT) |

**ORDER**

The United States filed a Motion for Status Conference ("Motion," ECF No. 171) requesting a hearing to discuss a status update in the matter. The Motion demonstrates good cause, and the requested relief is otherwise proper. Accordingly, the Court ORDERS as follows:

1. The Court GRANTS the United States' Motion. (ECF No. 171.)

2. The Court SCHEDULES a status conference for October 2, 2026, at 3:00 p.m. in Courtroom 400.

3. The Court will seal the courtroom for this hearing.

Entered this 16th day of September 2026.

William B. Porter
United States Magistrate Judge

Alexandria, Virginia